UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Peter A. Fowler | ) | **Motion and Notice** |
| Bridgett S. Biggs | ) | **Chapter 13** |
| | ) | |
| | ) | No. B-10-80949 C-13D |
| Debtors | ) | |

The undersigned Standing Trustee respectfully moves the Court for an Order as follows:

The Debtors' Plan provides for Plan payments of $1,266.00 per month and a 0% dividend to unsecured creditors. The Standing Trustee has reviewed the Debtors' Plan and the Plan payments require an increase in order to be completed within 60 months as required by 11 U.S.C. §1322(d).

The Standing Trustee respectfully recommends to the Court that an Order be entered modifying the Debtors' Plan to provide for Plan payments of $1,460.00 per month effective with the payment due for November, 2010.


Date:  September 30, 2010                                s/Richard M. Hutson, II
       ltp                                                                                   Standing Trustee

-------------------------------------------------------------------------------------------------------------------------------

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before November 1, 2010, with the parties named on the attached Parties to be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on November 10, 2010, at 11:00 a.m., at the following location:

*Courtroom,*
*Venable Center*
*Dibrell Building, Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date:  September 30, 2010                                OFFICE OF THE CLERK
                                                                                         U.S. Bankruptcy Court

ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER