**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: Peter A. Fowler | ) | **Motion and Notice** |
| Bridgett S. Gibbs | ) | **Chapter 13** |
| | ) | |
| | ) | |
| | ) | No: B-10-80949 C-13D |
| | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On September 20, 2009, the Debtors' Plan was confirmed. The Standing Trustee has received a proof of claim in favor of merican General Finance ("AGF") secured by consumer goods in the amount of $4,574.77. The claim did not have a proper contract attached to evidence a security interest in any collateral; therefore the claim shall be allowed as unsecured.

The Standing Trustee respectfully recommends to the Court that an Order be entered allowing the claim of AGF as unsecured in the amount of $4,574.77.


Date: October 5, 2010                                                              s/Richard M. Hutson, II
    ej                                                                                              Standing Trustee

---

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before   November 5, 2010,    with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC  27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on   November 17, 2010,    at 11:00 a.m., in the following location:

*Courtroom, Venable Center*
*Dibrell Building – Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*


Date: October 5, 2010                                                              OFFICE OF THE CLERK
                                                                                                    U.S. Bankruptcy Court

# PARTIES TO BE SERVED
## PAGE 1 OF 1
## 10-80949 C-13D

Peter Fowler
Bridgett S. Gibbs
2017 Stadium Dr.
Durham, NC 27705

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

American General Finance
Attn: Managing Agent
PO Box 3251
Evansville, IN 47731