C-13-15A(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re:  Peter A. Fowler )
       Bridgett S. Biggs )  No: B-10-80949 C-13D
       )
             Debtor(s) )

## ORDER

      This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtors, to modify the Debtors' Plan to provide for Plan payments of $1,460.00 per month effective with the payment due for November, 2010 and there being no filed objection to the Motion within the time period set forth in the Notice issued on October 4, 2010 by the Clerk of Court setting November 4, 2010 as the deadline for filing objections to the Motion, and the Court, after considering the Motion, finds the Motion should be allowed; therefore, it is

      ORDERED that the Debtors' Plan be modified to provide for Plan payments of $1,460.00 per month effective with the payment due for November, 2010.

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**B-10-80949 C-13D**

ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER